

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                        |   |                        |
|------------------------|---|------------------------|
| IN RE:                 | § | No. 08-22-00050-CR     |
|                        | § |                        |
| THE STATE OF TEXAS,    | § | AN ORIGINAL PROCEEDING |
|                        | § |                        |
| Relator.               | § | IN MANDAMUS            |
|                        | § |                        |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Selena Solis of the 243rd District Court of El Paso, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 3RD DAY OF AUGUST, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.